ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
JONATHAN BAUM
Trial Attorney, Fraud Section
United States Department of Justice
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6495
  Facsimile:  (213) 894-2387
  Email:    Jonathan.Baum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-526(B)-JFW |
|---|---|---|
| Plaintiff, | ) | **ORDER DISMISSING THE INITIAL AND FIRST SUPERSEDING INDICTMENTS** |
| v. | ) | |
| LEONARD UCHENNA NWAFOR, | ) | |
| Defendant. | ) | |

The Court has read and considered the United States' Motion to Dismiss the Initial and First Superseding Indictments filed by the United States in this case on May 2, 2008, and July 22, 2008, respectively.  Considering that defendant Leonard Uchenna Nawfor was found guilty of all the charges alleged against him in the Second Superseding Indictment the United States filed in this case on August 19, 2008, the Court hereby DISMISSES the Initial and First Superseding Indictments.

IT IS SO ORDERED.

March 29, 2010
DATE

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE